IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN MICHAEL PERAULT,<br><br>Defendant. | CR 21-62-BLG-SPW<br><br>ORDER |

Pursuant to the request of the Bureau of Prisons at the Federal Detention Center–SeaTac for an extension to file the final report of evaluation, and for good cause being shown,

IT IS HEREBY ORDERED that the facility's request is GRANTED. The facility shall continue to provide updates to the Court and counsel for the Defendant and the Government on the status of the Defendant's evaluation to determine his competency to proceed in this matter.

The Clerk of Court is directed to notify the parties of the entry of this order.

DATED this 12th day of January, 2022.

Susan P. Watters
SUSAN P. WATTERS
United States District Judge

1