IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21-62-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| JOHN MICHAEL PERAULT, | |
| Defendant. | |

On May 4, 2022, the Court held a hearing to address the question of whether Defendant John Michael Perault is competent to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

Upon the record made in open court,

IT IS HEREBY ORDERED:

The Court has determined that Defendant John Michael Perault is competent to understand the nature and consequences of the proceedings against him and to assist properly in his defense.

1

The Clerk of Court is directed to notify the parties of the making of this

Order.

DATED this _4th_ day of May, 2022.

_Susan P. Watters_

SUSAN P. WATTERS
United States District Judge