# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN MICHAEL PERAULT,<br><br>Defendant. | CR 21-62-BLG-SPW<br><br><br><br>FINAL ORDER OF FORFEITURE |

THIS MATTER comes before the Court on the United States' Unopposed Motion for a Final Order of Forfeiture (Doc. 34).  The Court having reviewed said motion and brief FINDS:

1. The United States commenced this action pursuant to 18 U.S.C. § 924(d);

2. A Preliminary Order of Forfeiture was entered on June 10, 2022 (Doc. 32); and

3. All known interested parties were provided an opportunity to respond and that publication has been effectuated as required by 18 U.S.C.§ 982(b)(1) and 21 U.S.C. § 853(n)(1);

1

4. It further appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d);

IT IS THEREFORE ORDERED, DECREED, AND ADJUDGED:

1. The Motion for Final Order of Forfeiture (Doc. 34) is GRANTED.

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C. § 853, free from the claims of any other party:

- Five (5) Rounds Winchester-Western Ammunition CAL:22;
- One (1) Round Winchester-Western Ammunition CAL:22; and
- Armi Sport DI Chiappa (Kimar) 1873-22 Revolver CAL:22 SN:17C.

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law. The firearm shall be returned to its identified owner, Jennifer Perault.

DATED this 25th day of August, 2022.

_____
SUSAN P. WATTERS
UNITED STATES DISTRICT JUDGE