IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JOHN MICHAEL PERAULT,<br><br>　　　　Defendant. | CR 21-62-BLG-SPW<br><br><br>ORDER |

Upon the Court's Own Motion,

IT IS HEREBY ORDERED that sentencing currently scheduled for Thursday, October 13, 2022 at 9:30 a.m., is **VACATED** and RESET to commence on **Thursday, October 13, 2022 at 3:30 p.m.** <u>changing the time of the hearing only.</u>

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 12th day of September, 2022.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1